## X-art Unauthorized Pack 3ECA519

A Night In Vegas

All I Want for Christmas

Black Widow

Dripping Desires

Shes A Spinner

**Total Registered Works in X-art Unauthorized Pack 3ECA519: 5**

Exhibit C

NCA196

**X-art Unauthorized Pack 6E7D6E4**

Among the Wildflowers

Deepest Desires

Inside Caprice

Lovers Lane

Rock Me Baby

**Total Registered Works in X-art Unauthorized Pack 6E7D6E4: 5**

Exhibit C

NCA196

**X-art Unauthorized Pack A1E23EB**

A Fucking Picnic

Catching the Sun

Good Morning I Love You

Red Hot and Ready

Tiny Seductress

Unbreelievable

**Total Registered Works in X-art Unauthorized Pack A1E23EB: 6**

Exhibit C

NCA196